# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEVIN M. HUDGINS, | * | |
| *Plaintiff*, | * | |
| v. | * | |
| BANK OF AMERICA, N.A. | * | |
| and | * | Civ. Action No.: 1:16-cv-3988 |
| EARLY WARNING SERVICES, LLC | * | |
| | * | |
| and | | |
| | * | |
| CHEX SYSTEMS, INC. | | |
| | * | |
| *Defendants*. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## LINE REQUESTING LOCAL RULE 111 ORDER AS TO PLAINTIFF'S CLAIMS

As Plaintiff, Devin M. Hudgins and Defendants, Bank of America, N.A., Early Warning Services, LLC and Chex Systems, Inc. have reached a settlement, they respectfully request the Court to issue a **30** day Local Rule 111 settlement order under the first and second sentences of Local Rule 111.

1

Dated: April 26, 2017			Respectfully Submitted,


			_/s/ Doris N. Weil_____
			Doris N. Weil, No. 19679
			THE LAW OFFICES OF E. DAVID HOSKINS, LLC
			16 E. Lombard Street, Ste. 400
			Baltimore, Maryland 21202
			(410) 662-6500 (Tel.)
			*Counsel for Plaintiff*


## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served electronically through the Court's CM/ECF system upon counsel for all parties.

April 26, 2017			*/s/ Doris N. Weil*
			*Doris N. Weil*